IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VLADIMIR V. PANCHENKO, | CV. 04-1730-JO |
| Petitioner, | ORDER |
| v. | |
| ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, AND MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, OFFICER IN CHARGE, PORTLAND DISTRICT DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, OR, ANY PERSON HAVING ACTUAL PHYSICAL CUSTODY OF PETITIONER, | |
| Respondents. | |

JONES, District Judge.

This 28 U.S.C. § 2241 habeas corpus action comes before the court on respondents' Motion to Dismiss, or in the alternative, Motion to Transfer to the Ninth Circuit (#18). Both petitioner and respondents agree that pursuant to the amendments to 8 U.S.C. § 1252, also known as the Real ID Act of 2005, which became

1 - ORDER

effective on May 11, 2005, this court lacks jurisdiction to entertain petitioner's claims and should transfer this case to the Ninth Circuit Court of Appeals.[1]  Accordingly, the Clerk of the Court is DIRECTED TO TRANSFER this case to the Ninth Circuit Court of Appeals for further proceedings on the basis that this court lacks jurisdiction.  Petitioner's request for a stay of removal pending this court's transfer determination is DENIED on the basis that the court concluded that a transfer to the Ninth Circuit Court of Appeals is appropriate.

## **CONCLUSION**

Respondents' Motion to Dismiss, or in the alternative, Motion to Transfer to the Ninth Circuit (#18) is GRANTED to the extent that the Clerk of the Court is DIRECTED TO TRANSFER this case to the Ninth Circuit Court of Appeals for further proceedings.

IT IS SO ORDERED.

DATED this <u>22nd</u> day of July, 2005.

                    <u>/s/ Robert E. Jones</u>
                       Robert E. Jones
                       United States District Judge

---

[1] Respondents also ask the court to find that petitioner failed to exhaust his administrative remedies.  As this court lacks jurisdiction over this case, it declines to address respondents' exhaustion argument.

2 - ORDER